# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER HEALEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK,<br><br>　　　　Defendant. | Civil Action No.<br><br>2:17-cv-4520-SDW-SCM<br><br>**NOTICE OF SETTLEMENT** |

　　　　NOTICE IS HEREBY GIVEN that Plaintiff, Alexander Healey, and Defendant, Synchrony Bank, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next forty (40) days. Plaintiff requests the Court vacate all deadlines in this matter, as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Dated: January 10, 2018　　　　　　　　PRICE LAW GROUP, APC

　　　　　　　　　　　　　　　　　　　　By:/s/ Alla Gulchina
　　　　　　　　　　　　　　　　　　　　Alla Gulchina
　　　　　　　　　　　　　　　　　　　　86 Hudson Street
　　　　　　　　　　　　　　　　　　　　Hoboken, NJ 07030
　　　　　　　　　　　　　　　　　　　　T: (818) 205-2466
　　　　　　　　　　　　　　　　　　　　E: alla@pricelawgroup.com
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　　Alexander Healey

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 10, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

      /s/ Florence Lirato