# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER HEALEY,<br><br>        Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK,<br><br>        Defendant. | Civil Action No.<br><br>2:17-cv-4520-SDW-SCM<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Alexander Healey, dismisses this action with prejudice, including as to all claims and causes of action raised or which could have been raised herein, and Defendant Synchrony Bank, stipulates hereto, with each party to bear their own fees and costs.

Dated: February 20, 2018.

PRICE LAW GROUP, APC

By:/s/ Alla Gulchina
Alla Gulchina
86 Hudson Street
Hoboken, NJ 07030
T: (818) 205-2466
E: alla@pricelawgroup.com
*Attorneys for Plaintiff,*

REED SMITH LLP

By: /s/ Nana Japaridze
Nana Japaridze
599 Lexington Avenue
New York, New York 10022
(P) 212-549-0282
(F) 212-521-5450
njaparidze@reedsmith.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

      */s/ Maria Marsceill*