IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER HEALEY,<br><br>        Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK,<br><br>        Defendant. | Civil Action No.<br><br>2:17-cv-4520-SDW-SCM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)** |

    Upon review of the Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (Doc. 31),(the "Stipulation") filed by Plaintiff, Alexander Healey, and Defendant Synchrony Bank, and good cause appearing,

    **IT IS ORDERED** that the Stipulation is GRANTED. The above entitled matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

Dated: Feb. 21, 2018

                                        Honorable Susan D. Wigenton
                                        United States District Judge